UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2009 JUN 23 P 2: 44

_____
BY DEPUTY CLERK

WALTER EDWARD JOHNSON,
JR. (#104558)

VERSUS                               CIVIL ACTION NO.: 09-176-JVP-DLD

JOE LAMARTINIERE, ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 27, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's complaint shall be **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 23, 2009.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA